**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**v.**                                                     **CIVIL ACTION NO.: 3:23-cv-275-GHD-RP**

**AUNDRAE McGUIRE**                                                      **DEFENDANT**


**<u>DEFAULT JUDGMENT</u>**

The Defendant, Aundrae McGuire, having failed to appear, plead or otherwise defend in this action, and default having been entered on September 26, 2023, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Aundrae McGuire, in the amount of $136,273.11 plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $402.00.

This the 5th day of October, 2023.


/s/DAVID CREWS
Clerk of Court - By LGM